# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MONICA BLAIR-SMITH,<br><br>Plaintiffs,<br>v.<br><br>CAESARS ENTERTAINMENT, INC.,<br><br>Defendant | Case No. 2:24-cv-00169-APG-MDC<br><br>**Order Transferring Case** |

This case arises from an alleged data leak by, or hack against, defendant Caesars Entertainment, Inc. Currently pending in this district are other class action lawsuits arising from that same incident. *See*, *e.g.*, 2:23-cv-01447. Because those cases are related, they are assigned to District Judge Anne Traum and Magistrate Judge Brenda Weksler under Local Rule 42-1(a).

I THEREFORE ORDER that this case is transferred to Judges Traum and Weksler.

DATED THIS 26th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE